■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN ROSS, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.— MEMORANDUM BY THE COURT. Orders reversed, on the law, without costs, and proceeding remitted to Special Term for rehearing after assignment of counsel to represent relator thereat (see *People ex rel. Jenks* v. *McMann*, 27 A D 2d 580). Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Brink, JJ., concur.

■ In the Matter of the Claim of HARRY JENSEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— HERLIHY, J. Appeal from a decision denying unemployment insurance benefits. The board found, after a hearing, that the claimant's efforts to secure employment were not sufficiently diligent to establish his availability and denied benefits, as had been denied him on previous occasions. This determination involved a factual question within the exclusive jurisdiction of the board. Decision affirmed, without costs. Gibson, P. J., Reynolds, Staley, Jr., and Brink, JJ., concur with Herlihy, J.

# (December 16, 1966)

■ In the Matter of the Claim of JOSEPHINE RUBINO, Respondent, v. CITY OF NEW YORK, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal as academic granted, respondent board having vacated the decision appealed during the pendency of the appeal. The subsequent decision may not be reviewed upon this appeal. (Cf. *Matter of Williams* v. *Bowers*, 24 A D 2d 1035; *Matter of Veach* v. *County of Erie*, 24 A D 2d 916; where, upon rehearing, the board adhered to its original decision.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.